# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-cv-00624-RLV-DSC

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       **Plaintiff,**

PETER S. ECONOMOS,

       **Plaintiff-Intervenor**

v.

HUNTERSVILLE SEAFOOD, INC.,
d/b/a CAPTAIN'S GALLEY

       **Defendant**

## ORDER ALLOWING INTERVENTION

This matter is before the Court on Peter S. Economos' Motion to Intervene pursuant to Rule 24 (a)(1) of the Federal Rules of Civil Procedure. Defense counsel has notified chambers' staff telephonically that Defendant does not oppose this Motion.

The underlying action was initially brought by the Equal Employment Opportunity Commission ("EEOC"), seeking relief pursuant to Sections 703 (a)(1) of Title VII, 42 U.S.C. Sections 2000(e)-2(a)(1) and 704(a) of Title VII, 42 U.S.C. Section 2000e-3(a). The EEOC specifically alleges that the individual, Peter S. Economos sustained recoverable damages as a direct result of the Defendant's violations of the applicable statutes. Granting intervention is necessary to prevent Economos' direct interest from being impaired or impeded. Therefore, Economos' Motion to Intervene is hereby **GRANTED**, and he is designated Plaintiff-Intervenor in this action. The caption of this action shall be hereafter styled as above.

The proposed pleading attached to this Motion to Intervene and styled as "Intervenor Plaintiff's Complaint" constitutes the initial pleading of the Plaintiff- Intervenor, and shall be deemed to have been filed as of the date of this Order. Defendant is **ORDERED** to answer this Complaint within twenty (20) days of the date that this Order is electronically served upon the Defendant.

**SO ORDERED**.          Signed: February 17, 2011

David S. Cayer
United States Magistrate Judge