# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv624

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) PETER S. ECONOMOS, ) ) Plaintiff-Intervenor, ) ) Vs. ) ) HUNTERSVILLE SEAFOOD, INC., ) d/b/a Captains Galley, ) ) Defendant. ) | ORDER |

**THIS MATTER** is before the court on periodic docket review. Review of the docket reveals that defendant has not answered or otherwise responded to the Complaint of the plaintiff-intervenor within the time allowed by Honorable David S. Cayer, United States Magistrate Judge. In his February 7, 2011, Order, Judge Cayer allowed defendant 20 days from service of such Order to plead responsively, which at the latest was March 14, 2011. Defendant will be allowed up to and inclusive of April 8, 2011, to file its responsive pleading; after such date, plaintiff-intervenor shall promptly seek an appropriate order under Rule 55 if a responsive pleading has not been filed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant file its Answer or other responsive pleading not later than April 8, 2011.

Signed: March 29, 2011

Max O. Cogburn Jr.
United States District Judge